NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.   Criminal Number  1:21-mj-00020-GMH

**ADAM JOHNSON**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

/s/ Charles Haskell
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Charles Haskell 888304007
(Attorney & Bar ID Number)

Law Offices of Charles R. Haskell, Esq.
(Firm Name)

641 Indiana Ave. NW
(Street Address)

Washington, DC 20004
(City)     (State)     (Zip)

202-888-2728
(Telephone Number)