IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    **PLAINTIFF,**<br><br>v.<br><br>**ADAM JOHNSON**<br><br>    **DEFENDANT.**<br>_____/ | Case No. 1:21-mj-00020-GMH<br>Mag. Judge: G. Michael Harvey |

## DECLARATION OF DAN ECKHART IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Dan Eckhart, hereby declare:

1. My name, office address, and telephone number are as follows:

Dan Eckhart
200 E. Robinson Street, Ste. 1150
Orlando, FL 32801
(407) 276 0500

2. I have been admitted to the following courts and bars:
   a. Florida State Bar.
   b. Missouri State Bar.
   c. Kansas State Bar.
   d. United States District Court for the Southern District of Florida.
   e. United States District Court for the Middle District of Florida.
   f. United States District Court for the Northern District of Florida.
   g. United States District Court for the Eastern District of Michigan.
   h. United States District Court for the Western District of Michigan.

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted pro hac vice in this Court, in the last two years, or otherwise.

5. I do not have an office located within the District of Columbia.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed 14 January 2021

_____
Dan Eckhart

