# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        PLAINTIFF,<br><br>v.<br><br>ADAM JOHNSON<br><br>        DEFENDANT.<br><br>_____/ | Case No. 1:21-mj-00020-GMH<br>Mag. Judge: G. Michael Harvey |

## MOTION FOR ADMISSION OF ATTORNEY
## DAVID BIGNEY *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(c) & (d), Defendant Adam Johnson moves for the admission and appearance of attorney David Bigney pro hac vice in the above-captioned action. This motion is supported by the Declaration of David Bigney, filed herewith. As set forth in Mr. Bigney's declaration, he is admitted and an active member in good standing in the following courts and bars: Florida State Bar and the United States District Court for the Middle District of Florida. This motion is supported and signed by Charles R. Haskell, Esq., an active and sponsoring member of the Bar of this Court.

Dated this 15th day of January, 2021.   Respectfully submitted,

/s/ Charles R. Haskell
Charles R. Haskell, OBA # 33394
641 Indiana Ave., NW
Washington, DC 20004
Tel. (202) 888-2728
Charles@CharlesHaskell.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15th, 2021 I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:   January 15, 2021                                            /s/ Charles R. Haskell
                                                                                         Charles R. Haskell
                                                                                         *Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>        **PLAINTIFF,**<br><br>v.<br><br>**ADAM JOHNSON**<br><br>        **DEFENDANT.**<br>_____/ | **Case No. 1:21-mj-00020-GMH**<br>**Mag. Judge: G. Michael Harvey** |

**[DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY DAVID BIGNEY, *PRO HAC VICE***

The Court has reviewed the Defendant Adam Johnson's motion for admission of attorney David Bigney, *pro hac vice*. Upon consideration of that motion, the Court grants attorney David Bigney's *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE
UNITED STATES DISTRICT COURT