IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

       **PLAINTIFF,**

v.

       Case No. 1:21-mj-00020-GMH
       Mag. Judge: G. Michael Harvey

**ADAM JOHNSON**

       **DEFENDANT.**

_____/

## DECLARATION OF DAVID BIGNEY IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, David Bigney, hereby declare:

1. My name, office address, and telephone number are as follows:

David Bigney
215 E. Livingston Street
Orlando, FL 32801
(407) 425-6068

2. I have been admitted to the following courts and bars:
   a. Florida State Bar.
   b. United States District Court for the Middle District of Florida.

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline, nor have been disciplined by any bar to which I am admitted or otherwise.

4. I have not been previously admitted pro hac vice in this Court, in the last two years, or otherwise.

5. I do not have an office located within the District of Columbia.

1

Executed 13 January 2021

_____
David Bigney, Esq.