# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ADAM JOHNSON**<br><br>**DEFENDANT.**<br>_____ / | **Case No. 1:21-mj-00020-GMH**<br>**Mag. Judge: G. Michael Harvey** |

## ORDER

The Court has reviewed Defendant's motion for admission of attorney David Bigney, *pro hac vice*. Upon consideration of that motion, the Court grants attorney David Bigney's *pro hac vice* admission to this Court.

**SO ORDERED.**

DATED: January 15, 2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE