IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Case No. 1:21-mj-00020-GMH
Mag. Judge: G. Michael Harvey

**ADAM JOHNSON**

**DEFENDANT.**

/

## ORDER

The Court has reviewed Defendant's motion for admission of attorney Dan Eckhart, *pro hac vice*. Upon consideration of that motion, the Court grants attorney Dan Eckhart's *pro hac vice* admission to this Court.

**SO ORDERED.**

DATED: January 15, 2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE