NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number: 1:21-mj-00020-GMH

Adam Johnson
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA    ☒ RETAINED    ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Dan Eckhart, FL Bar No. 0488674
*(Attorney & Bar ID Number)*

Dan Eckhart Law
*(Firm Name)*

200 E. Robinson Street, Ste. 1150
*(Street Address)*

Orlando    FL    32801
*(City)    (State)    (Zip)*

(407) 276-0500
*(Telephone Number)*