# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    PLAINTIFF,

v.

    Case No. 1:21-mj-00020-GMH
    Mag. Judge: G. Michael Harvey

ADAM JOHNSON

    DEFENDANT.

_____/

## CERTIFICATE OF FAMILIARITY WITH
## SENTENCING GUIDELINES

Pursuant to Local Criminal Rule 44.5(b), Dan Eckhart, attorney for defendant Adam Johnson, hereby certifies that he is familiar with the United States Sentencing Guidelines.

Respectfully submitted,

/s/ Dan Eckhart
Dan Eckhart, FL Bar No. 0488674
Dan Eckhart Law
200 E. Robinson St., Ste. 1150
Orlando, FL.
Tel. (407) 276-0500
Dan@daneckhartlaw.com
*Counsel for Defendant*

1

**CERTIFICATE OF**
**SERVICE**

I hereby certify that on February 2, 2021 I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic filing.

Dated:  February 2, 2021                         /s/ Dan Eckhart
                                                  Dan Eckhart
                                                  *Counsel for Defendant*