NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.  Criminal Number  1:21-mj-00020-GMH

Adam Johnson
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:  (Please check one)

☐ CJA  ☒ RETAINED  ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

David R. Bigney, Fl. Bar No: 132454
*(Attorney & Bar ID Number)*

Bigney Law Firm
*(Firm Name)*

215 East Livingston Street
*(Street Address)*

Orlando          FL          32801
*(City)*         *(State)*   *(Zip)*

407.425.6068
*(Telephone Number)*