IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ADAM JOHNSON** <br><br> _____/ | **Case No. 1:21-mj-00020-GMH** <br> **Mag. Judge: G. Michael Harvey** |

### ORDER

This matter having come before the court in the Motion to Withdraw as Counsel for the Defendant, Adam Johnson it is this ____ day of _____, 2021

ORDERED that the Motion to Withdraw as Counsel is GRANTED.

DATED: _____

_____
HONORABLE JUDGE HARVEY
UNITED STATES DISTRICT COURT