**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**ADAM JOHNSON**

**Case No. 1:21-mj-00020-GMH**
**Mag. Judge: G. Michael Harvey**

_____/

## ORDER

This matter having come before the court in the Motion to Withdraw as Counsel for the

Defendant, Adam Johnson it is this 5th day of May, 2021

ORDERED that the Motion to Withdraw as Counsel is GRANTED.


_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE