UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                        **Case No. 1:21-mj-00020-GMH**
                                          **Mag. Judge: G. Michael Harvey**

ADAM JOHNSON,

                    Defendant.

**ORDER**

Based on the representations of the Defendant in his Consent Motion to Continue Status

Hearing, and upon consideration of the entire record, including representations by the

Defendant's counsel that the Defendant has waived his right to a preliminary hearing, it is

hereby

ORDERED that the status hearing currently scheduled for June 18, 2021 is continued to

_____ ,   It is further

ORDERED that the time before June 18, 2021 and _____shall be

excluded from calculation under the Speedy Trial Act.  The Court finds that the ends of justice

served by the granting of such continuance outweigh the best interests of the public and the

Defendant in a speedy trial as the continuance will provide the parties with additional time to

review the voluminous discovery in this matter as well as discuss a potential pretrial disposition.

                                        _____
                                        HONORABLE G. MICHAEL HARVEY
                                        UNITED STATES MAGISTRATE JUDGE