UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| | **MAGISTRATE NO. 21-mj-20** |
| v. | **VIOLATION:** |
| **ADAM JOHNSON,** | 18 U.S.C. § 1752(a)(1) |
| Defendant. | **(Entering and Remaining in a Restricted Building)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **ADAM JOHNSON**, knowingly entered and remained in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*Jessica Arco /s/*
_____
Jessica Arco
Trial Attorney – Detailee
D.C. Bar Number 1035204
U.S. Attorney's Office for the District of Columbia
555 4th Street NW
Washington, DC 20530
Jessica.arco@usdoj.gov