UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>ADAM JOHNSON                       )<br>) | Case No. 1:21-cr-00648-RBW<br><br>Judge Reggie B. Walton |

**UNOPPOSED MOTION TO MODIFY CONDITIONS/ALLOW TRAVEL**

The Defendant, ADAM JOHNSON, through undersigned counsel, respectfully moves the Court to modify the conditions of his bond so that he can travel to the Southern and Northern Districts of Florida so his five children can visit their grandparents for the Christmas holiday. His current conditions of pre-trial release do not allow his to travel outside the Middle District of Florida and Mr. Johnson would provide his Probation Officer with details regarding his travel itinerary at least three days prior to his departure.

1. Mr. Johnson pled guilty to one count of Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1) on November 22, 2021.

2. Mr. Johnson and his wife have five children, all boys. His father-in-law lives in Pensacola, Florida, is in his 80's and in poor health having sustained multiple surgeries. Mr. Johnson's father resides in Miami, Florida and the Johnson family has traditionally gathered at his residence on Christmas Eve.

3. The undersigned consulted with AUSA Jessica Arco and she does not object to Mr. Johnson's request.

4. There have been no facts provided in discovery that indicate that Mr. Johnson was involved in any violence towards police or destroyed government property on January 6, 2020. Additionally, there is no evidence that he is either a flight risk or a danger to the community.

WHEREFORE, the Defendant respectfully requests that his conditions of release be modified so that he be allowed to visit his father and father-in-law during the Christmas holiday. This modification is conditioned on Mr. Johnson providing his Probation Officer with his travel plans three-days prior to his departure.

Respectfully submitted,

| | |
|---|---|
| /s/ *Dan Eckhart* | /s/ *David Bigney* |
| DAN ECKHART, Esq. | DAVID BIGNEY, Esq. |
| FL Bar No. 488674 | FL Bar No: 132454 |
| 200 E. Robinson St., Ste. 1150 | 215 East Livingston Street |
| Orlando, FL. 32801 | Orlando, Florida, 32801 |
| dan@daneckhartlaw.com | dbigney@bigneylaw.com |
| (407) 276-0500 | (407) 425-6068 |

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties listed on the Electronic Case Filing (ECF) System.

By: /s/ *Dan Eckhart*        /s/ *David Bigney*
       DAN ECKHART         DAVID BIGNEY

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case No. 1:21-cr-00648-RBW |
| ) | |
| v. ) | |
| ) | |
| **ADAM JOHNSON** ) | |

## ORDER

Upon consideration of the Defendant's UNOPPOSED MOTION TO MODIFY CONDITIONS/ALLOW TRAVEL, it is hereby **ORDERED**

that the Motion be **GRANTED** and that Mr. Johnson be permitted to travel to the Northern and Southern Districts of Florida to visit his father and father-in-law to celebrate the Christmas holiday. This Order is conditioned on Mr. Johnson providing his Probation Officer with a copy of his travel itinerary at least three days prior to his departure.

**SO ORDERED**

_____     _____
DATE                              **HONORABLE REGGIE B. WALTON**
                                  **UNITED STATES DISTRICT JUDGE**