# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-648 (RBW) |
| ADAM JOHNSON, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Modify Conditions/Allow Travel, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Modify Conditions/Allow Travel, ECF No. 40, is **GRANTED**. It is further

**ORDERED** that the defendant shall be permitted to travel to the Northern and Southern Districts of Florida to visit his father and father-in-law for the Christmas holiday. This Order is conditioned on the providing his Probation Officer with a copy of his travel itinerary at least three days prior to his departure.

**SO ORDERED** this 13th day of December, 2021.

REGGIE B. WALTON
United States District Judge