UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | NO. 1:21-CR-000648-001 |
| ) | Sr. Judge Reggie B. Walton |
| ADAM JOHNSON ) | |
| ) | |

**UNOPPOSED MOTION TO BE PRESENT AT SENTENCING HEARING**

COMES NOW, Adam Johnson, the Defendant, through undersigned counsel, and respectfully move this Honorable Court to allow him to appear "in-person" at his sentencing hearing scheduled for February 25, 2022 at 9:30 a.m. In support of the Motion, the undersigned state:

1. Mr. Johnson pled guilty to one count of Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority in violation of 18 U.S.C. 1752(a) on November 22, 2021.

2. During the hearing the parties were advised to notify the Court if Mr. Johnson wished to be physically present for his sentencing hearing.

3. Mr. Johnson wants to appear in-person and Assistant United States Attorney Jessica Arco does not oppose.

**MEMORANDUM OF LAW**

Under Fed.R.Crim.P. 43(b)(2), a defendant sentenced to a misdemeanor must be present at his sentencing hearing unless he provides written consent to be sentenced by videoconferencing or in abstentia. The Supreme Court ruled the language in Rule 43 means

exactly what it says and a defendant "shall be present." U.S. v. Behrens, 375 U.S. 162, 165 (1963).  This is because the right to be present at every stage of trial is one of the most basic rights guaranteed by the Constitution. Illinois v. Allen, 397 U.S. 337, 338 (1970).  Mr. Johnson accepts responsibility for his actions and wants to speak on his own behalf at his sentencing hearing.  His right to be physically present when he allocates to the court is of fundamental importance to him.

Wherefore, the Defendant, Adam Johnson, respectfully requests that his sentencing hearing be conducted in-person before this Honorable Court on February 25, 2022 at 9:30 a.m.

By:     /s/ Dan Eckhart     /s/ David Bigney
        DAN ECKHART, Esq.     DAVID BIGNEY, Esq.
        FL Bar No. 488674     FL Bar No: 132454
        200 E. Robinson St., Ste. 1150     215 East Livingston Street
        Orlando, FL. 32801     Orlando, Florida, 32801
        dan@daneckhartlaw.com     dbigney@bigneylaw.com
        (407) 276-0500     (407) 425-6068

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties listed on the Electronic Case Filing (ECF) System.

By:     /s/ Dan Eckhart     /s/ David Bigney
        DAN ECKHART     DAVID BIGNEY