# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-648 (RBW) |
| ) | |
| ADAM JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Be Present at Sentencing Hearing, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Be Present at Sentencing Hearing, ECF No. 45, is **GRANTED**. It is further

**ORDERED** that the defendant shall be appear in-person for sentencing on February 25, 2022, at 9:30 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that the defendant shall wear a mask during the hearing, which he may only remove with the Court's approval and if he is fully vaccinated. Otherwise, the defendant will not be permitted to remove his mask at any point during the hearing.

**SO ORDERED** this 10th day of February, 2022.

REGGIE B. WALTON
United States District Judge