# EXHIBIT A

February 16, 2022

Senior Judge Reggie B. Walton
United States District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C 20001

RE: *United States v. Adam Johnson*
    Case No.: 1:21-CR-00648-001

Dear Senior Judge Walton:

      My name is Kathryn Young, I am an administrator and children's program director for a local Jiu Jitsu school, at which Adam attends the adult program. I have known Adam for close to a decade and would describe him as one of my closest friends. My intent with this letter is to shed light on who I know Adam to be as a person. I understand the legal troubles that Adam faces, however, I do not believe the events leading to his current pending difficulties accurately reflect Adam's character. In the time I have known him, Adam has been a good hearted, moral compass to his communities, and has always strived to help others with no expectation of anything in return.

      I first met Adam in the fall of 2013, during the first day of a chemistry course at the State College of Florida. My first impression of Adam was that he loved to make people laugh, and my next observation was that he is a friend to everyone. Adam's kindness and passion to connect with people enabled him to form friendships with people of any background or belief. It was not just Adam's ability to bring a room to laughter, professors included, that made him a likeable character. Adam is also very intelligent as well. Often holding the highest grades in our class, Adam was dedicated to his success as well as the success of his peers. Adam formed a study group that I chose to join, where I saw Adam encourage and assist others in raising their grades. He would sacrifice his time, at no charge, to make sure his peers felt confident in their understanding of the material for exams. His willingness to help others also extended outside of our study group. During my time at the State College of Florida, I was the event coordinator for the local chapter of the American Chemical Society. My role was to coordinate events for local grade schools to come into our college laboratories and run experiments to get the children interested in science. During the final stages of planning for one of our events, a key team leader dropped out with little to no notice, and Adam volunteered to take on this very difficult role. Adams enthusiasm for what our event was offering to the community showed in his performance. I sincerely believe Adam sparked a passion for chemistry for many children during that event. His enthusiasm also motivated the other members of our team to excel in their roles. Adam is a natural born helper and strives to give back to his community. Many people were helped by Adam during his years at SCF, and one of Adam's most shining qualities is that he genuinely cares for others and is always willing to help friends and strangers alike with no expectation of reciprocation.

      After attending college, my friendship with Adam continued when he joined the Jiu Jitsu school I currently am employed with. Adam has been a great asset to our school, as he can always be counted on to take new members under his wing and help them feel comfortable and confident in themselves. He is

always happy to volunteer his time to our kids' program and has also donated goods to the school. Adam is an exceptional and creative carpenter and was kind enough to build and donate several ornate wooden benches, to improve the overall atmosphere of the school and provide comfortable seating for parents while their children attend class. Adam also volunteers to cater nearly all our events at no charge. He is always finding ways to give back to our school and is one of the most highly appreciated members of our school's community.

Over the last several years I have become very close to Adam and his family. One of Adam's most prominent qualities is that he is a devoted family man. I cannot think of a better example of a loving and dedicated husband and father. Adam has five children, all of whom are intelligent, kind, mature and will grow to be assets to their communities. Adam takes a very active role in raising his children. He assures his children achieve high grades by instilling self-motivation and passion for learning. He sets healthy expectations and boundaries, the result shows in the behavior of his children, all five are exceptionally behaved and well spoken, their maturity level exceeds their peers, and all have hobbies and passions that Adam enthusiastically fosters. Adam is a shining example to his community of what a family man can truly do for his loved ones, his careful attention, steady moral guidance, and supportive manner encourages those around him to challenge themselves as to what they can achieve in self betterment.

In the time that I have known Adam, he has always been someone others can count on. He is there for friends to lean on during difficult times and he often helps them work through personal challenges. Creating happiness for others is a great source of joy for him. He brings laughter into every room he enters and cares deeply for those around him. If he sees a way he can help another person, he will not hesitate to do so. Although all people have momentary lapses in judgement, these moments are few for Adam. There are many moments of Adam's life that can be looked at individually to render a definition of his character, the great majority of these moments would leave you with character descriptions such as kind, compassionate, honest, dedicated to others, generous, and virtuous. Adam is best described as a person that is dedicated to giving back to, whatever community he enters, whether it is in schools, his neighborhood community, his friends, or his family. He finds how he can best contribute in a positive way. Even in the face of all his difficulties over the last year, he has kept much his focus on the personal growth of not just himself, but of his family members and friends as well. I am certain that many people, including myself, are grateful to Adam for have enriching their lives. Although we all make mistakes in life, what I admire in Adam is he reflects upon his mistakes and considers the changes he needs to make in order not to repeat his mistakes. He always seeks out how he can be a better person and takes responsibility for his actions. I truly believe Adam to be a good, kind, and altruistic person.

Sincerely,

    Kathryn Young

February 15, 2022

Senior Judge Reggie B. Walton

United States District Court

District of Columbia

333 Constitution Ave., N.W.

Washington, D.C. 20001

RE: United States v. Adam Johnson,

Case No.: 1:21-CR-00648-001

Dear Senior Judge Walton:

I consider the opportunity to write this letter to the court both an honor and a privilege. While I understand Adam's present situation and pending difficulties, I want to show my support for him as my friend and also to convey some experiences I've had with Adam that could reveal valuable qualities he assuredly possesses.

I met Adam Johnson about six or seven years ago. I had just finished leading a worship service at church when a young man approached me to see if I needed additional musicians to help in future services. Of course with volunteer musicians being somewhat scarce and after about 2 seconds of considerable thought I asked, "When can you start?" There was something in the way he carried himself and expressed his desire to serve that rang true to my ears and heart. That day began a friendship and blessing I won't soon forget. Adam is an excellent musician with attention to detail and sensitivity to musical theme and interpretation that only comes along once in a while. Lucky me!

Later I invited Adam and his wife Suzi to attend my Bible study class. Much to my surprise they showed up the following Sunday. Right away we knew his love for the Lord and knowledge of the Bible was rare for a man his age. They became an integral part of our class and always added worth the lessons. Stranger still is our class was composed of 50 to 60 somethings and though they were decades younger He and Suzi still wanted to be with us on Sunday mornings. Honestly, I still haven't figured that one out, but I know it's just another uncommon attribute of his character. Over the months and years that followed our entire class came to love and appreciate their contribution to our fellowship. We also learned of their dedication to each other and the 5 boys they were raising in the nurture and admonition of the Lord.

My day job is that of a residential contractor. My work consists of additions to homes and remodeling of existing homes. I began to notice Adam was constantly building things from his home workshop and so I approached him about building a furniture piece for me on one of my jobs. He accepted and quickly rendered a beautiful storage bin for an outdoor deck. Over the next year he completed 4 or 5 other projects for me - always on time, reasonably priced, and with a higher than necessary quality. Additionally, he and wife Suzie constructed a themed set for our children's department at church. It was artfully designed, constructed, installed, and beautifully painted. Adam's talent level is off the charts. I would say he can do anything he sets his mind to and do it well.

I can see where it would be easy for someone who doesn't know Adam like I do to misunderstand the kind of person he really is. To evaluate his intentions, character, or integrity strictly from the headlines would be a grave injustice. Yes Adam Johnson is my friend, but he is much more than that. I know him to be a good husband and father; he is a talented musician and craftsman; he is a patriot and normally a law abiding citizen. He may have made a mistake – we all do, but I don't believe mistakes determine the value or character of a man. Adam's value and character are seen in the way he treats those around him, the way he loves his family and in his readiness to serve the Lord. Men like Adam are destined to succeed. He is the kind of person everyone wants on their team. I am grateful to call him my friend, honored to stand with him, and blessed to have shared in all he has to give.

Sincerely,

*Wally Johns*

Wally Johns

February 15, 2022

Senior Judge Reggie B. Walton

United States District Court

District of Columbia

333 Constitution Ave., N.W.

Washington, D.C. 20001

RE: *United States v. Adam Johnson,*

Case No.: 1:21-CR-00648-001

Dear Senior Judge Walton:

I am aware of Adam Johnson's pending difficulties. I have known Adam Johnson for six years. My personal opinion of Adam is that he is a high-energy person and very dedicated to his family and all of his personal relationships.

Adam always tries to find a way to relate to people and their experiences. I have no reason to question his morality as we have often discussed many matters and found he is very level-headed and extremely intelligent. Adam is the very first person in our neighborhood to volunteer himself or his time to help someone in need. I have requested his assistance on many home projects and I have found that he is always forthcoming and eager to assist. He is always very thoughtful and caring.

Adam's relationship as a father to his children and a husband to his wife are above reproach. His children are intelligent individuals. Adam has raised and taught them to be respectful human beings. Adam maintains his home and its appearance far above our community expectations. I am proud to have him and his family as a neighbor.

My wife and I moved to our neighborhood six years ago from Indianapolis. I moved to Parrish, Florida via a job transfer in 2016 and retired in 2019. I now spend a great deal of time at home and usually speak to Adam every day.

I wanted to write this letter to show what Adam Johnson is all about and to reference his character. I consider him to be a good friend. Thank you for your consideration.

Sincerely,

Jeffrey Fero