# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-648 (RBW) |
| ) | |
| ADAM JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's Motion to File Sentencing Supplement Under Seal, and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion to File Sentencing Supplement Under Seal, ECF No. 51, is **GRANTED**. It is further

**ORDERED** that the proposed document shall be filed under seal. It is further

**ORDERED** that, notwithstanding the sealing of this document, the government may disclose the materials in furtherance of its law enforcement and prosecution needs, and discovery obligations.

**SO ORDERED** this 23rd day of February, 2022.

REGGIE B. WALTON
United States District Judge